IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
02 SEP -6 AM 10: 46
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **BRENDA S. TURNER,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action Number |
| | ) 01-C-2717-W |
| **GREAT AMERICAN REAL FAST FOOD, INC., d/b/a RED MOUNTAIN COUNTRY GRILLE** | ) |
| Defendant. | ) |

ENTERED
SEP 6 2002

### FINDINGS OF FACT AND CONCLUSION OF LAW
### ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I. Findings of Fact

1. Plaintiff BRENDA S. TURNER filed her Complaint in this action on October 26, 2001.

2. Defendant GREAT AMERICAN REAL FAST FOOD, INC. was properly served with the Summons and Complaint in this action on March 25, 2002.

3. Defendant has failed to answer or otherwise plead to the Complaint within the period of time fixed by law.

4. Defendant is not an incompetent, infant, or member of the United States Armed Services.

5. The Clerk of this Court, on May 20, 2002, entered default against Defendant.

II. Conclusion of Law

Based on these findings, Plaintiff is entitled to judgment as a matter of law.



By separate order, Plaintiff's Motion for Default Judgment will be granted.

Done this 5th day of September, 2002.

*[signature]*

Chief United States District Judge
U.W. Clemon