

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

DEC 31 2002

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **BRENDA S. TURNER,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number: |
| | ) | **01-C-2717-W** |
| **GREAT AMERICAN REAL FAST FOOD,** | ) | |
| **INC., d/b/a RED MOUNTAIN COUNTRY** | ) | |
| **GRILLE** | ) | |
| | ) | |
| *Defendant.* | ) | |

## FINDINGS OF FACT and CONCLUSION OF LAW
## ON MOTION FOR FINAL DEFAULT JUDGMENT

### A. Findings of Fact

1. Plaintiff BRENDA S. TURNER filed her Complaint in this action on October 26, 2001.

2. Defendant GREAT AMERICAN REAL FAST FOOD, INC. was properly served with the Summons and Complaint in this action on March 25, 2002.

3. Defendant has failed to answer or otherwise plead to the Complaint within the period of time fixed by law.

4. Defendant is not an incompetent, infant, or member of the United States Armed Services.

5. The Clerk of this Court, on May 20, 2002, entered default against Defendant.

6. Plaintiff has suffered $ 89,056.17 in backpay, compensatory damages, and in attorney's fees and expenses. She is entitled to $50,000 in punitive damages.

### B.. Conclusion of Law

Plaintiff is entitled to a default judgment in the amount of $139,056.17.

By separate order, a final default judgment will be entered.


Done this __3⎪ˢᵗ__ day of December, 2002.


_____
Chief United States District Judge
U.W. Clemon